## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00087-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TIMOTHY HUMMEL,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about August 14, 2019, in the State and District of Colorado, the defendant, TIMOTHY HUMMEL, in a voicemail, did threaten to murder members of the immediate family of Federal law enforcement officers with intent to impede, intimidate, and interfere with such law enforcement officers while they were engaged in the performance of their official duties and to retaliate against such law enforcement officers on account of their official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(A).

### COUNT 2

On or about August 14, 2019, in the State and District of Colorado, the defendant, TIMOTHY HUMMEL, in a voicemail, did threaten to murder Federal law enforcement officers with intent to impede, intimidate, and interfere with such law enforcement officers while they were engaged in the performance of their official duties

and to retaliate against such law enforcement officers on account of their official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 3

On or about August 14, 2019, in the State and District of Colorado, the defendant, TIMOTHY HUMMEL, in an email, did threaten to assault and murder Federal law enforcement officers and members of the immediate family of Federal law enforcement officers, with intent to impede, intimidate, and interfere with such law enforcement officers while they were engaged in the performance of their official duties and to retaliate against such law enforcement officers on account of their official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(A) & (B).

## COUNT 4

On or about August 14, 2019, in the State and District of Colorado, the defendant, TIMOTHY HUMMEL, did knowingly transmit in interstate and foreign commerce a communication, namely an email, containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:


<u>Ink signature on file in Clerk's Office</u>
FOREPERSON


JASON R. DUNN
United States Attorney

By:  s/Julia Martinez
     Julia Martinez
     Assistant U.S. Attorney
     U.S. Attorney's Office
     1801 California St., Ste. 1600
     Denver, CO 80202
     Telephone: 303-454-0200
     Fax:  303-454-0406
     E-mail: julia.martinez@usdoj.gov
     Attorney for Government