| | |
|---|---|
| DEFENDANT: | TIMOTHY HUMMEL |
| YOB: 1994 | **AGE 25** |
| COMPLAINT FILED? | _____ Yes   ___x____ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   _x_ No
     If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | Count One: 18 U.S.C. § 115(a)(1)(A):  Influencing or Retaliating Against a Federal Official by Threat<br>Count Two: 18 U.S.C. § 115(a)(1)(B):  Influencing or Retaliating Against a Federal Official by Threat<br>Count Three: 18 U.S.C. § 115(a)(1)(A) & (B):  Influencing or Retaliating Against a Federal Official by Threat<br>Count Four: 18 U.S.C. § 875(c):  Interstate Communication of a Threat |
| LOCATION OF OFFENSE: | Arapahoe County, Colorado |
| PENALTY: | Count One: NMT 10 years' imprisonment; NMT $250,000 fine; NMT 3 years' SR; $100 SA<br>Count Two: NMT 10 years' imprisonment; NMT $250,000 fine; NMT 3 years' SR; $100 SA<br>Count Three: NMT 10 years' imprisonment; NMT $250,000 fine; NMT 3 years' SR; $100 SA<br>Count Four: NMT 5 years' imprisonment; NMT $250,000 fine; NMT 3 years' SR; $100 SA |
| AGENT: | Special Agent Holly Andersen<br>FBI |
| AUTHORIZED BY: | Julia Martinez<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 x _ five days or less; ___ over five days

THE GOVERNMENT

 x _ will NOT seek detention in this case

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE:    __ Yes  X_ No