IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Criminal Action: | 20-cr-00087-RBJ | Date: October 26, 2020 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter: | N/A | Probation: Amber Dodson |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Julia Martinez* |
| v. | |
| 1. TIMOTHY HUMMEL<br>**Defendant** | *David Johnson* |

### COURTROOM MINUTES

**SENTENCING HEARING VIA VIDEO CONFERENCE**

**Court in session:**   2:30 p.m.

Appearances of counsel and probation via video conference.

Defendant present on bond via video conference.

Argument given on sentencing.

Pause in proceedings due to technical difficulties.

**2:47 p.m.    Court in recess.**
**2:51 p.m.    Court in session.**

Additional argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  [31] Government's Motion for Downward Variance is **DENIED.**

[32] Motion for Below-Guideline Sentence is **GRANTED.**

[35] Government's Motion to Dismiss Counts One, Three, and Four is **GRANTED.**

**ORDERED:**  Defendant shall be **imprisoned** for **TIME SERVED** as to Count Two of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

**Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**Court in recess:**  3:08 p.m.          Hearing concluded.          Total time:     00:34